Michael E. Brewer (State Bar No. 177912)
 michael.brewer@bakermckenzie.com
Billie D. Wenter (State Bar No. 235193)
 billie.wenter@bakermckenzie.com
**Baker & McKenzie LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Attorneys for Defendant
KIEWIT INFRASTRUCTURE WEST CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WANDERER, as an individual and in his representative capacity,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT INFRASTRUCTURE WEST CO.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02898-WBS-DB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 2:18-cv-02898-WBS-DB
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Pursuant to L.R. 143 and 144, Defendant Kiewit Infrastructure West Co. ("Defendant" or "Kiewit") and Plaintiff Stephen Wanderer ("Plaintiff" or "Wanderer"), (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed his First Amended Complaint on May 13, 2019;

WHEREAS, Defendant's current responsive pleading deadline is May 28, 2019;

WHEREAS, Defendant respectfully requests an extension of time to prepare and file an answer to June 25, 2019;

WHEREAS, Plaintiff is willing to provide additional time for Defendant to prepare and file its answer;

WHEREAS, the Parties also agree to a mutual extension of the time to serve initial disclosures form May 27, 2019 to June 25, 2019.

WHEREAS, the stipulated extension of time for Defendant to file its answer nor the mutual deadline for the parties to file initial disclosures will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, the Parties hereby stipulate that:

1. Defendant's answer to Plaintiff's First Amended Complaint is now due on or before June 25, 2019.

2. The deadline for the Parties to serve their initial disclosures is now due on or before June 25, 2019.

IT IS SO STIPULATED.

Dated: May 21, 2019                     BAKER & McKENZIE LLP

By: */s/ Michael E. Brewer*
Michael E. Brewer
Attorneys for Defendant
KIEWIT INFRASTRUCTURE WEST CO.

Dated: May 21, 2019                     FOOS GAVIN LAW FIRM, P.C.

By: */s/ Rachel Renno*
Rachel Renno
Attorneys for Plaintiff
STEPHEN WANDERER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WANDERER, as an individual and in his representative capacity,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT INFRASTRUCTURE WEST CO.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02898-WBS-DB<br><br>**ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to the Parties' stipulation, Defendant Kiewit's answer to Plaintiff's First Amended Complaint shall be filed on or before June 25, 2019, and Initial Disclosures shall be served on or before June 25, 2019.

IT IS SO ORDERED.

Dated: May 21, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000