MICHAEL E. BREWER (SBN 177912)
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: 14155763000
Facsimile: 14155763099

Attorneys for Defendant
KIEWIT INFRASTRUCTURE WEST CO.

RACHEL RENNO (SBN 272558)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, CA 95834
Telephone: 916.779.3500
Facsimile: 916.779.3508

Attorneys for Plaintiff,
STEPHEN WANDERER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WANDERER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KIEWIT INFRASTRUCTURE WEST CO., a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. 2:18-cv-02898-WBS-DB<br><br>**STIPULATION AND ORDER TO PARTIALLY REVISE THE COURT'S MAY 2, 2019 PRETRIAL SCHEDULING ORDER AND DEADLINES** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Plaintiff Stephen Wanderer and Kiewit Infrastructure West Co. ("Kiewit,") by and through their respective counsel, hereby stipulate to partially revise the Court's May 2, 2019 Pretrial Scheduling Order and the deadlines.

**I.
RECITALS**

1. Pursuant to the Court's May 2, 2019 Pretrial Scheduling Order, Kiewit and Plaintiff began engaging in thorough meet and confer discussions regarding Kiewit's production of documents.

2. During the meet and confer process related to production, counsel raised issues that required further investigation by the parties.

3. Also during the meet and confer process related to production, the parties engaged in discussions regarding the need to continue discovery.

4. For the purpose of potentially narrowing the scope of discovery, and to further explore the potential for settlement, the parties agreed to request leave of the Court to continue the Pretrial Scheduling Order and deadline to complete Discovery for 45 days.

5. Accordingly, the parties hereby stipulate to partially revising the Court's Pretrial Scheduling Order and deadline to complete Discovery as follows:

## II.
## STIPULATION

The parties hereby stipulate, and request approval of the following revisions to the Court's Pretrial Scheduling Order and deadline to complete Discovery:

| Event | Current Deadline | Requested New Deadline |
|---|---|---|
| Motion Hearing | May 11, 2020 | June 8, 2020 |
| Expert Disclosures | March 5, 2020 | April 20, 2020 |
| Expert Reports | March 5, 2020 | April 20, 2020 |
| Discovery Cut-Off | April 30, 2020 | June 15, 2020 |

Dated: January 21, 2020         FOOS GAVIN LAW FIRM, P.C.


By      */S/ Rachel Renno*
            RACHEL RENNO
            Attorneys for Plaintiff
            STEPHEN WANDERER

Dated:  January 21, 2020         BAKER & MCKENZIE LLP


By      */S/ Michael Brewer*
            MICHAEL E. BREWER
            Attorneys for Defendant
            KIEWIT INFRASTRUCTURE WEST CO.

1082134                    -2-
**STIPULATION AND ORDER TO REVISE THE COURT'S SCHEDULING ORDER**
**CASE NO. 2:18-cv-02898-WBS-DB**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having reviewed the parties' Stipulation to Partially Revise the Court's Pretrial |
| 3 | Scheduling Order and deadline to complete Discovery, hereby **GRANTS** the parties' request. The |
| 4 | new deadlines are as follows: |

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Motion Hearing | May 11, 2020 | June 8, 2020 |
| Expert Disclosure | March 5, 2020 | April 20, 2020 |
| Expert Reports | March 5, 2020 | April 20, 2020 |
| Discovery Cut-Off | April 30, 2020 | June 15, 2020 |

**IT IS SO ORDERED**.

DATED: January 22, 2020    /s/ DEBORAH BARNES
                           UNITED STATES MAGISTRATE JUDGE

1082134

-3-

**STIPULATION AND ORDER TO REVISE THE COURT'S SCHEDULING ORDER**
**CASE NO. 2:18-cv-02898-WBS-DB**