1  RACHEL RENNO (SBN 272558)
   FOOS GAVIN LAW FIRM, P.C.
2  3947 Lennane Drive, Suite 120
   Sacramento, CA 95834
3  Telephone: 916.779.3500
   Facsimile: 916.779.3508
4
   Attorneys for Plaintiff,
5  STEPHEN WANDERER

6  MICHAEL E. BREWER (SBN 177912)
   BAKER & MCKENZIE LLP
7  Two Embarcadero Center, 11th Floor
   San Francisco, CA 94111-3802
8  Telephone: 14155763000
   Facsimile: 14155763099
9
   Attorneys for Defendant
10 KIEWIT INFRASTRUCTURE WEST CO.

11

12

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

| STEPHEN WANDERER, an individual, | CASE NO. 2:18-cv-02898-WBS-DB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| vs. | |
| KIEWIT INFRASTRUCTURE WEST CO., a corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

   Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

   Dated: April 16, 2020         FOOS GAVIN LAW FIRM, P.C.


                          By    */S/ Rachel Renno*
                                RACHEL RENNO
                                Attorneys for Plaintiff
                                STEPHEN WANDERER

---
-1-
**STIPULATION TO ELECT REFERRAL TO VDRP**

1  Dated: April 16, 2020					BAKER & MCKENZIE LLP

3						By _____*/S/ Michael Brewer*_____
						MICHAEL E. BREWER
						Attorneys for Defendant
						KIEWIT INFRASTRUCTURE WEST CO.

**IT IS SO ORDERED**.

Dated: April 16, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION TO ELECT REFERRAL TO VDRP**