Michael E. Brewer (State Bar No. 177912)
 michael.brewer@bakermckenzie.com
Billie D. Wenter (State Bar No. 235193)
 billie.wenter@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Attorneys for Defendant
KIEWIT INFRASTRUCTURE WEST CO.

Rachel Renno (State Bar No. 272558)
 rachel@foosgavinlaw.com
**FOOS GAVIN LAW FIRM, P.C.**
3947 Lennane Drive, Suite 120
Sacramento, CA 95834
Telephone: +1 916 779 3500
Facsimile: +1 916 779 3508

Attorneys for Plaintiff
STEPHEN WANDERER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WANDERER, as an individual and in his representative capacity,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT INFRASTRUCTURE WEST CO.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02898-WBS-DB<br><br>**(SECOND) STIPULATION AND ORDER TO REVISE THE COURT'S SCHEDULING ORDER AND CONTINUE CASE MANAGEMENT AND TRIAL DATES**<br><br>Complaint Filed: September 4, 2018<br>Amended Complaint Filed: May 13, 2019<br><br>Before: Judge William B. Shubb<br>Courtroom: 5, 14th Floor |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 2:18-cv-02898-WBS-DB
STIP & PROPOSED ORDER REVISING SCHEDULING ORDER AND CONTINUING CM AND TRIAL DATES

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Plaintiff Stephen Wanderer ("Plaintiff") and Kiewit Infrastructure West Co. ("Kiewit") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate for a second time to modify case management deadlines, as follows.

# I
# RECITALS

1. On January 21, 2020, the Parties filed a stipulation to continue the dispositive motion hearing, expert disclosures, expert reports, and the discovery cut-off to allow the Parties to further confer on discovery issues to potentially narrow the scope of discovery and to further explore settlement. On January 23, 2020, the Court granted the Parties' request.

2. The Parties made progress narrowing the scope of discovery. However, current travel restrictions and business closures due to the Coronavirus ("COVID-19"), have impacted the Parties' discovery and disclosures. The Parties need further discovery to prepare and file anticipated dispositive motions. Further, while the Parties have made progress with settlement discussions, they need additional time to participate in mediation.

3. On April 17, 2020, the Parties elected to participate in and the Court referred the case to VDRP. On April 30, 2020, the VDRP Administrator appointed Douglas Thorn as the VDRP Neutral. The Parties have until July 23, 2020 to complete the mediation. The Court encourages parties to hold VDRP mediation by remote means.

4. Also, on April 17, 2020, the Court issued General Order 617, which orders that all courthouses of the United States District Court for the Eastern District of California shall remain closed to the public until [at least] June 1, 2020, unless otherwise ordered. Hearings and conferences may be conducted via video conference if deemed appropriate and necessary.

5. The Parties have not previously requested (and the Court has not previously continued) the trial date.

6. Accordingly, the Parties hereby stipulate to revising the case management schedule as follows:

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

2                                Case No. 2:18-cv-02898-WBS-DB
STIP & PROPOSED ORDER REVISING SCHEDULING ORDER AND CONTINUING CM AND TRIAL DATES

## II
## STIPULATION

The parties hereby stipulate, and request approval of the following changes to the case management deadlines:

| Event | Previous Deadline | New Deadline |
| --- | --- | --- |
| Motion Filing Deadline | June 8, 2020 | October 16, 2020 |
| Expert Disclosure | April 2, 2020 | September 11, 2020 |
| Expert Rebuttal | April 20, 2020 | September 30, 2020 |
| Discovery Cut-Off | June 15, 2020 | November 23, 2020 |
| Final Pretrial Conference | July 20, 2020, at 1:30 p.m. | January 19, 2021, at 1:30 p.m. |
| Trial | September 22, 2020, at 9:00 a.m. | March 23, 2021, at 9:00 a.m. |

IT IS SO STIPULATED.

Dated:  May 7, 2020                           **BAKER & McKENZIE LLP**

By: /s/ Billie D. Wenter
   Billie D. Wenter
   Attorneys for Defendant
   KIEWIT INFRASTRUCTURE WEST CO.

Dated:  May 7, 2020                           **FOOS GAVIN LAW FIRM, P.C.**

By: /s/ Rachel Renno
   Rachel Renno
   Attorneys for Plaintiff
   STEPHEN WANDERER

///

///

///

///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

3                                                Case No. 2:18-cv-02898-WBS-DB
STIP & PROPOSED ORDER REVISING SCHEDULING ORDER AND CONTINUING CM AND TRIAL DATES

## **ORDER**

The Court, having reviewed the parties' Second Stipulation to Revise the Court's Pretrial Scheduling Order and Continue Case Management and Trial Dates, hereby **GRANTS** the parties' request.  The new deadlines are as follows:

| Event | Previous Deadline | New Deadline |
| --- | --- | --- |
| Motion Filing Deadline | June 8, 2020 | October 9, 2020 |
| Expert Disclosure | April 2, 2020 | August 12, 2020 |
| Expert Rebuttal | April 20, 2020 | August 31, 2020 |
| Discovery Cut-Off | June 15, 2020 | October 2, 2020 |
| Final Pretrial Conference | July 20, 2020, at 1:30 p.m. | January 19, 2021, at 1:30 p.m. |
| Trial | September 22, 2020, at 9:00 a.m. | March 23, 2021, at 9:00 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  May 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

4

Case No. 2:18-cv-02898-WBS-DB

STIP & PROPOSED ORDER REVISING SCHEDULING ORDER AND CONTINUING CM AND TRIAL DATES